Gist *v.* Allentown Wholesale Distributors, Inc., Appellant.

Argued January 7, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Francis H. S. Ede,* for appellant.

*Martin A. Kutler,* with him *Joseph G. Hildenberger,* for appellee.

OPINION PER CURIAM, March 15, 1960:

The judgment of the court below is affirmed on the opinion of Judge WOODRING for the court en banc discharging the defendant's motions for judgment n.o.v. and a new trial.

Judgment affirmed.